UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANDRE JOHNSON,

                **Plaintiff,**

  - v -                                    Civ. No. 9:05-CV-376
                                              (TJM/RFT)

RICHARD DOLING, Hearing Officer,
Great Meadow Correctional Facility; ROBERT MURPHY,
Acting Director, Special Housing Unit,

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation and Order dated September 17, 2007 have been filed.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation and Order for the reasons stated therein.

      It is therefore,

      **ORDERED** that Defendants' motion for summary judgment (Docket No. 34) is **GRANTED** and the complaint is **DISMISSED** as to all defendants.

**IT IS SO ORDERED**.

DATED: October 17, 2007

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge